Your Name: Nimul Chheng & Nhep Chheng
Address: 920 26th Avenue, Oakland, CA 94601
Phone Number: 510-860-9643
Fax Number:
E-mail Address: jtdlaw@yahoo.com

Pro Se Plaintiff

FILED
APR 30 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Nimul Chheng
Nhep Chheng

      Plaintiff,

vs.

U.S. Dept. of Homeland Security; et al.

      Defendant.

Case Number: CV21 3223 [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes [✓]   No [ ]

## PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Nimul Chheng & Nhep Chheng
Address: 920 26th Avenue, Oakland, CA 94601
Telephone: 510-860-9643

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: U.S. Dept. of Homeland Security(Administrative Appeals Office)

Address: 5900 Capital Gateway Drive, MS 2090, Camp Springs, MD 20588-0009

Telephone: _____

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] § 10 of the APA, 5 USC §§ 701-706, Violation of the Administrative Procedure Act.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☑ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __Alameda__ County, it should be assigned to the __San Francisco/Oakland__ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

1. Nhep Chheng has been trying to bring his son Nimul Chheng to the United States from Cambodia since 2008. Nhep Chheng is elderly, and he needs his son's assistance to help him with daily activites, since Nhep Chheng has various medical conditions. Decision by Administrative Appeals Office (AAO), File# A206 531 659. I-290B Receipt # AAO 20 900 01796

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

2. Nimul Chheng was denied a Visa because the USCIS accused of him with committing Fraud because he presented a false passport to the U.S. Embassy Office in Cambodia. Nimul Chhenge was a victim of fraud because he thought he was purchasing a valid passport, since he purchased it from a government office in Cambodia.

3. Nimul had no reason to buy a fake passport because he would not jeopordize his oppotunity to come to the United States. He wanted to get a new passport because his expired, so he was capable of getting a new passport, which he believed he was purchasing.

4. The Administative Appeals Office (AAO) upheld the USCIS Decision twice, and Plaintiffs belive that their was no real investigation to find the real person who committed the fraud, but USCIS failed to do a proper investigation. The AAO has and continues to abuse their discretion because they are blaming and punishing Plaintiffs for being a victim of fraud and denying his opportunity to come to the United States.

//
//

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

# CLAIMS

## First Claim

(*Name the law or right violated*: § 10 of the APA, 5 USC §§ 701-706 )

(*Name the defendants who violated it*: Dept. of Homeland Security, AAO )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

1. Defendants violated the Administrative Procedure Act Defendants continued to violate Plaintiffs Due Process Rights by denying his right for a Visa without a proper investigation. Defendants continue to abuse their discretion. Most denial decisions by USCIS are irrational, arbitrary, and capricious, falling within the scope of the judicial review provided by the Administrative Procedure Act Here, Petitioners have been denied by USCIS/AAO, and their decision was arbitrary, capricious, and an abuse of discretion.

//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

# DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. Plaintiffs would like the Court to reverse the decision made by the Administrative Appeals Office for denying Nimul Chheng his opportunity to receive his Visa for him to immigrate to the United States to be with his father Nhep Chheng.

2. Plaintiffs would like to be awarded $75,000 for years of delay, supporting the Fraud of the person who sold Nimul Chheng the fake passport because they did not investigate, but continued to blame the victim Nimul Chheng by punishing him.

# DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 4-28-21    Sign Name: *[signatures]*
                 Print Name: Nhep Chheng   Nimul Chheng

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: